**Terrence Anthony WRAY, Plaintiff–Appellant,**

**v.**

**Portia Catrell WRAY, Defendant–Appellee.**

No. 13–1002.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 29, 2013.

Terrence Anthony Wray, Appellant Pro Se. Portia Catrell Wray, Appellee Pro Se.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Anthony Wray appeals the district court's order dismissing his civil action for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Wray v. Wray,* No. 4:11–cv–03443–RBH (D.S.C. Dec. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*